# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| PATRICK GILTON #2006030775 | CASE NO. 6:19-CV-00441 SEC P |
| VERSUS | JUDGE SUMMERHAYS |
| PAUL SCOTT ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** that this complaint be **DISMISSED WITH PREJUDICE** as frivolous.

THUS DONE in Chambers on this 11th day of December, 2019.

Robert R. Summerhays
United States District Judge